FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JAN 13 PM 12:06
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 415-156 |
| BRIANNA E. SEPALVADO ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant BRIANNA E. SEPALVADO without prejudice.

SO ORDERED, this 13th day of January, 2016.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA